NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

## IN RE: TECSEC, INC.,
*Appellant*

———————————

### 2017-1648

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 96/000,014.

———————————

## JUDGMENT

———————————

MICHAEL OAKES, Hunton & Williams LLP, Washington, DC, argued for appellant. Also represented by OZZIE FARRES, STEVEN LESLIE WOOD.

SARAH E. CRAVEN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Joseph Matal. Also represented by NATHAN K. KELLEY, MAI-TRANG DUC DANG, THOMAS W. KRAUSE.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, CLEVENGER, and CHEN, *Circuit Judges*).

**AFFIRMED.**  *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| February 7, 2018 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |